IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

DARLA KARY,                               )
                                          )
            Plaintiff,                    )    TC-MD 111139D
                                          )
      v.                                  )
                                          )
LINCOLN COUNTY ASSESSOR,                  )
                                          )
            Defendant.                    )    **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

On January 24, 2012, the court sent Plaintiff a letter instructing Plaintiff to file an

Amended Complaint by February 6, 2012.  The letter advised that failure to comply with the

deadline set forth therein would result in dismissal of Plaintiff's appeal.

Plaintiff's deadline has passed and the court has not received Plaintiff's Amended

Complaint or any further communication from Plaintiff.  As a consequence, the court finds this

matter should be dismissed for lack of prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of February 2012.


                                          _____
                                          JILL A. TANNER
                                          PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon*
*Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to:*
*Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this*
*Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on*
*February 9, 2012.  The Court filed and entered this document on February 9, 2012.*

DECISION OF DISMISSAL  TC-MD 111139D                                          1